Case No. _____07 CIV 9372_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Certification of Service
Summons and Complaint

----------------------------------x

**NATHEL & NATHEL,**

        Plaintiff,

    -against-

**LEONTIOS SPLINIS,**

        Defendants.

----------------------------------x

_____GENE LOMBARDO_____ certifies the following under penalty of perjury:

1. I am over 18 years old and not a party to this action.

2. On __OCTOBER 19, 2007__ I served true copies of the ~~corrected~~ summons and complaint upon __LEONTIOS SPLINIS__ by hand delivery of:
    Defendants

    A)   1 Copy to __LEONTIOS SPLINIS__ in His/Her individual capacity.

    Address of Service- __162-11 59TH AVENUE FLUSHING, NY 11385__

    B. 1 copy to Mike "Doo" (would not give last name) a person of suitable age and discretion employed as manager of the business operation owned by Defendant LEONTIOS SPLINIS. Mike stated that he was authorized to accept service of legal papers for Leontios Splinis

And, on __10/19 + 10/20__ by mailing true copies of the summons and complaint to __LEONTIOS SPLINIS__ defendants by first in a postage paid envelope marked "personal and confidential" and not identified as being mailed. __162-11 57th Ave + 171-65 46th Ave__

    C)  Copies to who identified himself/herself as a cashier, receptionist, officer director and/or manager of _____, who stated that He/She was authorized to accept
    (Corporate Defendant)
    service on behalf of _____.

3. The above named person served is described as follows:

Sex: __M__    Age: __55__    Weight: __140__
                Height: __6ft__    Color: __BLACK HAIR / WHITE COMPLEXION__

Identifying Features: __STATED HIS NAME WAS "MIKE". WOULD NOT GIVE LAST NAME__

Dated __10/20/07__

x __[signature]__